UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR423-0034

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(a)(1)(A) |
| | ) Engaging in the Business |
| WESLEY ROSENBERG | ) Without a License (Firearms) |
| | ) |
| | ) 26 U.S.C. § 5861 |
| | ) Transfer of a Firearm in |
| | ) Violation of National Firearms |
| | ) Act |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Engaging in the Business without a License (Firearms)*
18 U.S.C. § 922(a)(1)(A)

Beginning on a date at least as early as on or about July 17, 2021, and continuing through at least on or about January 20, 2022, in Long County, within the Southern District of Georgia, and elsewhere, the defendant,

### WESLEY ROSENBERG,

not being a licensed importer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of importing and dealing in firearm silencers, a type of firearm pursuant to 18 U.S.C. § 921, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 923(a).



FILED
U.S. DISTRICT COURT
2023 APR -5 P 12:29
CLERK
SO. DIST. OF GA.

Case 4:23-cr-00034-RSB-CLR   Document 1   Filed 04/05/23   Page 2 of 4

## COUNT TWO
*Transfer of a Firearm in Violation of National Firearms Act*
26 U.S.C. § 5861(e)

On or about August 30, 2021, in Long County, within the Southern District of Georgia, and elsewhere, the defendant,

**WESLEY ROSENBERG,**

knowingly and unlawfully transferred a firearm silencer, a type of firearm pursuant to 18 U.S.C. § 921, to an undercover agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, in violation of Title 26 United States Code, Section 5812, that is, transferring the firearm without first applying to the Secretary for the transfer and registration of the firearm, paying tax, identifying the transferee, identifying himself, and obtaining approval for the transfer and registration of the firearm to the transferee, in violation of Title 26, United States Code, Sections 5812 and 5861(e).

2

## COUNT THREE
*Transfer of a Firearm in Violation of National Firearms Act*
26 U.S.C. § 5861(e)

On or about October 14, 2021, in Long County, within the Southern District of Georgia, and elsewhere, the defendant,

## WESLEY ROSENBERG,

knowingly and unlawfully transferred two firearm silencers, a type of firearm pursuant to 18 U.S.C. § 921, to an undercover agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, in violation of Title 26 United States Code, Section 5812, that is, transferring the firearm without first applying to the Secretary for the transfer and registration of those firearms, paying tax, identifying the transferee, identifying himself, and obtaining approval for the transfer and registration of those firearms to the transferee, in violation of Title 26, United States Code, Sections 5812 and 5861(e).

{Signatures on Following Page}

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Darron J. Hubbard
Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

4