UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR423-0034

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | Engaging in the Business |
| WESLEY ROSENBERG | ) | Without a License (Firearms) |
| | ) | |
| | ) | 26 U.S.C. § 5861(e) |
| | ) | Transfer of a Firearm in |
| | ) | Violation of National Firearms |
| | ) | Act |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** **Engaging in the Business Without a License (Firearms)**
18 U.S.C. § 922(a)(1)(A)
- Not more than five (5) years of imprisonment;
- Not more than a $250,000.00 fine;
- Not more than three (3) years of supervised release; and
- $100.00 special assessment.



5

**Counts 2 & 3:**     **Transfer of a Firearm in Violation of National Firearms Act**
26 U.S.C. § 5861(e)
- Not more than ten (10) years of imprisonment;
- Not more than a $10,000.00 fine;
- Not more than three (3) years of supervised release; and
- $100.00 special assessment.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Darron Hubbard*

Darron Hubbard
Assistant United States Attorney
IL Bar No. 6313078

Post Office Box 8970
Savannah, GA 31412
912-652-4422