UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR 4:23CR34 |
| | ) | |
| WESLEY ROSENBERG | ) | |

### SENTENCING MEMORANDUM ON BEHALF OF WESLEY ROSENBURG

**NOW COMES WESLEY ROSENBURG** (hereinafter "Wesley"), by and through undersigned counsel, and submits this Sentencing Memorandum to assist the Court in determining a sentence "sufficient, but not greater than necessary" to achieve the objectives of 18 U.S.C. §3553(a).

### SENTENCING CONSIDERATIONS

Several factors in this case are important to note for sentencing purposes. The Indictment charges conduct from July 17, 2021 to January 20, 2022, but Wesley was not arrested until over a year later on May 16, 2023. In that time Wesley had completely, and voluntarily, ceased the criminal conduct. He had moved on with his life and was abiding by the law. Wesley was married, with a baby son, and was living a productive life. This caused Wesley to reevaluate his actions and he voluntarily ceased the criminal behavior.

Wesley has been forthcoming and corporative since his initial encounter with law enforcement. From the first day I met Wesley he understood the charges against him and the severity of the situation. He admitted his conduct to me and asked what he could do to mitigate the circumstances. He sat down for an interview with agents and the government, told the truth

about his conduct, and provided all the information asked of him concerning the facts of his case. Wesley quickly took responsibility by signing a plea, and has done everything his pretrial supervising officer has asked of him.  Wesley's has shown extraordinary acceptance of responsibility, and the willingness to change his life for the better.

Wesley is twenty-six years old and this is his first felony conviction.  His limited criminal history consists of one conviction, at age eighteen, for misdemeanor possession of marijuana.  This establishes a criminal history category I.  This being his first felony he knows he will loose many of his civil rights including possessing firearms.  This loss means a lot to Wesley because his main hobby, interest, and military career revolved around firearms.  He was the armorer of his unit, where he completed specialized training in firearms.  He knows he can never again possess a firearm, and this consequence to his actions is a tremendous loss and deterrent to future criminal behavior.

Wesley has shown that he can follow the Court's orders while on pretrial release.  Since May 17, 2023 he has reported to probation as required, tested negative for drugs, worked consistently, and followed all of the other rules and regulations of pretrial release.  His actions show that he will continue to follow the Court's orders after sentencing.  Wesley plans to prove to the Court that he can follow the terms of his sentence, and never return to court with violations or new crimes.

From September 14, 2017, until his honorable discharge on September 13, 2022, Wesley served in the United States Army as a construction engineer.  His rank at the time of discharge was E4.  During his service he was stationed at Fort Stewart, and deployed to Kuwait.  He

completed special training in horizontal construction and a unit armorer course. Awards and recognitions he received include the Army achievement medal, Army good conduct metal, national defense service metal, global war on terrorism expeditionary medal, Army service ribbon, overseas service ribbon, marksmanship badge, and carbine bar.

Wesley became 90 percent disabled during his service with the Army. The Department of Veterans Affairs diagnosed him with anxiety, depression and adjustment disorder in 2022. He also suffers from pain in his lower extremities, back, neck and shoulders. Wesley's disability benefits could be terminated if he serves more than 60 days in prison causing significant financial stress on his family. Not only will his family loose Wesley's wages, but his disability benefits as well. This is a real consequence of serving time in his case that should be considered when crafting a sentence.

Wesley has been consistently employed since his discharge from the Army. He was working for J.C. Lewis Ford making up to $10,000 a month as a salesman at the time of his arrest. Wesley suffered an immediate consequence of his criminal behavior when he was let go from this job after his arrest. Since then he has done everything he can to remain employed. Wesley began doing lawn care and home maintenance work as soon as he was let go from J.C. Lewis. He then worked as a salesman for Farmer's Furniture until he obtained his current position as a diesel mechanic at Boosted Boar Diesel & Auto Repair. This work pays significantly less than his position pre-arrest, but he continues to work steadily to support his family.

It is important to note that the Government has decided not to prosecute any of the purchasers of gun silencers in this case. The Government has the names and addresses of everyone Wesley sold to, but has not even tried to retrieve the items, let alone prosecute those possessing them. They want to paint Wesley as a danger because of his actions, but are not bothering to collect the dangerous items. What Wesley did was wrong, and dangerous, but he is the only person involved being held responsible.

Finally, Wesley has a great family and friend support group that has stood by him throughout this process. Attached, as Exhibit 1, are letters detailing who Wesley is to others. This support system will help ensure that Wesley follows the Court's sentence and continues to be a productive, law-abiding, citizen.

## **CONCLUSION**

A custodial sentence would be greater than necessary to achieve the objectives of 18 U.S.C. §3553(a). Wesley asks that the Court not sentence him to custodial time, but instead sentences him to 3 years probation, with the first 12 months on home confinement. His sentence should include a significant amount of community service, a fine, and any other conditions the Court deems necessary. This punishment reflects the seriousness of the offense, promotes respect for the law, and is sufficient to deter Wesley from further criminal conduct. It allows Wesley to remain employed so that he can provide for his family, maintain his disability benefits, and continue to show that he can abide by the Court's orders.

*Signature on the following page*

Respectfully submitted this 7th day of March, 2024.

*/s/ Katie A. Brewington*
Katie A. Brewington
Attorney for Defendant
Georgia Bar No: 192610

The Brewington Law Firm LLC
P.O. Box 11153
Savannah, GA 31412
P: (912) 704-0858

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR 4:23CR34 |
| | ) | |
| WESLEY ROSENBERG | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this date served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted this 7th day of March, 2024.

                                                      */s/ Katie A. Brewington*
                                                    Katie A. Brewington
                                                    Attorney for Defendant
                                                    Georgia Bar No: 192610

The Brewington Law Firm LLC
P.O. Box 11153
Savannah, GA 31412
P: (912) 704-0858