**CRIMINAL CASE NO. CR 4:23-cr-34**
**UNITED STATES OF AMERICA VS. Wesley Rosenberg**

COURTROOM DEPUTY Pam Hammock          COURT REPORTER Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**     **ATTORNEY(S) FOR THE DEFENDANT:**

 Darron Hubbard, AUSA                     Katie Brewington, appointed

U.S. PROBATION OFFICER:                 DEFENDANT SENTENCED ON COUNT(S)

Elizabeth Hilton                        One (1) of the Indictment

[X] Presence Report Reviewed In Full     Custody __20__ Months B.O.P.

____ Objections to Factual Basis         Probation _____

____ Objections To Guidelines Calculations   Supervised Release __3__ Years

____ Probation Officer Testifies         Special Conditions _as Ordered by the Court_

____ Changes Ordered in Factual Basis/Calculations   Fine $ _1,000 (payment schedule)_

[X] No Changes Ordered                   Restitution $ _____

[X] Findings Of The Court                Special Assessment $ _100_

____ Factual Witnesses Testify           To Be Paid _immediately_

[X] Statements Of Counsel                Community Service _____

[X] Statements By Defendant              Facility Recommended _____

[X] Sentence Pronounced                  Defendant Remanded To The USM _____

OTHER DIRECTIVES OF THE COURT            Voluntary Surrender _- by 2 pm on 4/15/2024_

[X] Attach Statement of Reasons to the Judgment   To USM [ ]   To Facility [X]

____ Transcribe Statement of Reasons     Nolle Prosse Count(s) _- 2 and 3_

[X] Appeal Rights of Defendant Explained   Plea Agreement Accepted and Ratified _- Y_

____ Appellate Disclosure Forms Provided   Departure From Guidelines _____

[X] Notice of Counsel's Post-Conviction   Upward _____ Downward _____
Obligations Provided

U.S. Deputy Marshal _Frieberg_          Time _3:10_ to _3:45_ Total _00:40_

Court Security Officer _Michael_