IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

WESLEY ROSENBERG,

Defendant.

CASE NO.: 4:23-cr-34

**O R D E R**

The Court **DENIES** Defendant Wesley Rosenberg's request for a recommendation to the Bureau of Prisons that he serve the remainder of his sentence in a residential reentry center. (Doc. 43.) As Defendant acknowledges, the Bureau of Prisons determines where defendants serving sentences of imprisonment are housed, including when they are placed in residential reentry centers. While the Court has authority to make housing recommendations to the Bureau of Prisons at sentencing, it does not make recommendations long afterwards. Moreover, even if the Court had such authority, it would not exercise it here as the execution of Defendant's sentence should be left to the expertise of the Bureau of Prisons.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA